**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: **GLASSER, J.**          DATE: **NOVEMBER 13, 2015**          TIME: **10:00 a.m.**

DOCKET #: **CR-15-00080 (S-2) (ILG)**          TITLE: *U.S.A. v. Alvaun Thompson*

COURT REPORTER: **Anthony Frisolone, Lisa Schmid,**

DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: _____

AUSA: **Matthew Jacobs  - #6401**
      **Jennifer S. Carapiet - #6402**
      **Gina Parlovecchio - #6228**

DEF'T #1 NAME: **Alvaun Thompson**          ATT'Y: **Michael Weil, Esq. - LAS**
                                                   **James Darrow, Esq. - LAS**

✓ Present  _ Not Present  ✓ In Custody          ✓ Present  _ Not Present

**CRIMINAL CAUSE ON TRIAL**

- ✔ **Case called.**
- ✔ **Defendant present with counsel Michael Weil, Esq. and James Darrow, Esq.  AUSA Matthew Jacobs, AUSA Jennifer S. Carapiet and AUSA Gina Parlovecchio present for the Government.**
- ✔ **Trial resumed.**
- ✔ **Charging conference concluded.**
- ✔ **Closing statements are heard.**
- ✔ **The Court charges the jury.**
- ✔ **Alternate jurors are excused.  Deputy U.S. marshal sworn.  The jury retires to deliberate at 4:20 p.m.**
- ✔ **The jury returns at 6:00 p.m. and renders its verdict, finding the defendant guilty of all counts of the redacted indictment, corresponding to counts 1,2,3,4,5,7,9,10 and 12 of unredacted superseding indictment CR-15-0080 (S-2).  The jury is polled and discharged.**
- ✔ **Any post-trial motions are to be filed on or before 1/1/2016.  The government is to respond on or before 30 days from that date.  Sentencing is scheduled for 2/18/2016 at 10:00 a.m.**
- ✔ **The defendant is continued in custody.  Trial concluded.**

**TIME: 5/00**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: **GLASSER, J.**          DATE: **NOVEMBER 13, 2015**          TIME: **10:00 a.m.**

DOCKET #: **CR-15-00080 (S-2) (ILG)**          TITLE: *U.S.A. v. Alvaun Thompson*

COURT REPORTER: **Anthony Frisolone, Lisa Schmid,**
                                                     DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: _____          AUSA: **Matthew Jacobs    - #6401**
                                                           **Jennifer S. Carapiet - #6402**
                                                           **Gina Parlovecchio  - #6228**

DEF'T #1 NAME: **Alvaun Thompson**          ATT'Y: **Michael Weil, Esq. - LAS**
                                                         **James Darrow, Esq. - LAS**
✓ Present  _ Not Present  ✓ In Custody          ✓ Present  _ Not Present

**CRIMINAL CAUSE ON TRIAL**

- ✔ Case called.
- ✔ Defendant present with counsel Michael Weil, Esq. and James Darrow, Esq. AUSA Matthew Jacobs, AUSA Jennifer S. Carapiet and AUSA Gina Parlovecchio present for the Government.
- ✔ Trial resumed.
- ✔ Charging conference concluded.
- ✔ Closing statements are heard.
- ✔ The Court charges the jury.
- ✔ Alternate jurors are excused. Deputy U.S. marshal sworn. The jury retires to deliberate at 4:20 p.m.
- ✔ The jury returns at 6:00 p.m. and renders its verdict, finding the defendant guilty of all counts of the redacted indictment, corresponding to counts 1,2,3,4,5,7,9,10 and 12 of unredacted superseding indictment CR-15-0080 (S-2). The jury is polled and discharged.
- ✔ Any post-trial motions are to be filed on or before 1/1/2016. The government is to respond on or before 30 days from that date. Sentencing is scheduled for 2/18/2016 at 10:00 a.m.
- ✔ The defendant is continued in custody. Trial concluded.

**TIME: 5/00**